# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2022-3810
_____

DARRIUS PRINCE ALEXANDER
HEPBURN,

> Appellant,

> v.

STATE OF FLORIDA,

> Appellee.

_____


On appeal from the Circuit Court for Escambia County.
Linda L. Nobles, Judge.

June 5, 2024



PER CURIAM.

Darrius Prince Alexander Hepburn appeals his conviction and sentence for aggravated battery with great bodily harm. Regarding the alleged errors at trial, we find no reversible error and affirm.[*]

---

[*] We reject Hepburn's reliance on *Cabral v. State*, 944 So. 2d 1026 (Fla. 1st DCA 2006), for the same reason we rejected the same argument in *Jones*.

Hepburn filed a motion pursuant to Florida Rule of Criminal Procedure 3.800(b), raising two challenges to his sentence. First, Hepburn claims that the trial court erred in reclassifying his offense from a second-degree felony to a first-degree felony pursuant to section 775.087(1), Florida Statutes. The trial court denied the claim under the authority of *Perry v. State*, 313 So. 3d 961 (Fla. 1st DCA 2021); *Jones v. State*, 279 So. 3d 84 (Fla. 1st DCA 2019); and *Hurry v. State*, 978 So. 2d 854 (Fla. 1st DCA 2008). We agree with the trial court and affirm.

Second, Hepburn claims that the court erroneously imposed costs of prosecution under section 938.27(8), Florida Statutes, because the State did not request imposition of such costs. We rejected this argument in *Parks v. State*, 371 So. 3d 392 (Fla. 1st DCA 2023), *review granted*, No. SC2023-1355, 2024 WL 370043 (Fla. Jan. 31, 2024), and reject it here for the same reasons.

AFFIRMED.

KELSEY, WINOKUR, and NORDBY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____


Jessica J. Yeary, Public Defender, and Kathryn Lane, Assistant Public Defender, Tallahassee, for Appellant.

Ashley Moody, Attorney General, and Adam B. Wilson, Assistant Attorney General, Tallahassee, for Appellee.